Local AO 450 (rev. 1/23)

# United States District Court
### District of North Dakota

Christopher Coon,

      Plaintiff,

v.

DCI Credit Services,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:25-cv-00094

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated August 1, 2025, the above-captioned case is DISMISSED without prejudice.

Date: August 1, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*